■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN COLON, Appellant. [739 NYS2d 818] —Appeal from judgment, Supreme Court, Bronx County (John Byrne, J.), rendered April 14, 1998, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him to a term of one year in prison, held in abeyance, and application by appellant's counsel to withdraw as counsel (*see, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833) granted and, sua sponte, Steven Feinman, 19 Court Plaza, Suite 201, White Plains, New York 10601, Telephone No. (914) 949-8214, is substituted as assigned counsel to prosecute the appeal. Newly assigned counsel is directed to perfect the appeal for September 2002 Term of Court. Concur—Williams, P.J., Saxe, Lerner, Rubin and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEO FROST, Appellant. [739 NYS2d 818] —Judgment, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered October 23, 1995, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

After balancing all of the relevant factors (*see, People v Taranovich*, 37 NY2d 442), we conclude that defendant's constitutional speedy trial motion was properly denied. Most of the $37\frac{1}{2}$ month delay was attributable to defendant, including a period in which defendant absconded, and there has been no showing of prejudice. The fact that the original indictment was defective and had to be superseded caused only a short period of actual delay. Concur—Williams, P.J., Saxe, Lerner, Rubin and Marlow, JJ.